No. 91–175. BURCHE *v.* DEGUSSA CARBON BLACK CO. ET AL. C. A. 6th Cir. Certiorari denied.

No. 91–178. MELANSON *v.* UNITED AIR LINES, INC. C. A. 9th Cir. Certiorari denied.

No. 91–179. ENRIGHT *v.* CALIFORNIA STATE UNIVERSITY. C. A. 9th Cir. Certiorari denied.

No. 91–180. HILL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–182. WARD *v.* ROY H. PARK BROADCASTING CO., INC., ET AL. Ct. App. N. C. Certiorari denied.

No. 91–183. BOYD *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–187. WILLIAMS ET UX. *v.* BOARD OF TRUSTEES OF MOUNT JEZREEL BAPTIST CHURCH ET AL. Ct. App. D. C. Certiorari denied.

No. 91–188. ABSHIRE *v.* GNOTS-RESERVE, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 91–189. HEMME *v.* KANSAS. Ct. App. Kan. Certiorari denied.

No. 91–190. HEFFERNAN *v.* OFFICE OF DISCIPLINARY COUNSEL. Sup. Ct. Ohio. Certiorari denied.

No. 91–191. MURPHY ET AL. *v.* I. S. K. CON. OF NEW ENGLAND, INC. Sup. Jud. Ct. Mass. Certiorari denied.

No. 91–192. PLASENCIA ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–193. KELLY *v.* HOLIDAY INN OF BLYTHEVILLE. Ct. App. Ark. Certiorari denied.

No. 91–196. VENET *v.* OREGON. Ct. App. Ore. Certiorari denied.